# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**MATTHEW VALENZUELA,**

    **Plaintiff,**

**v.**                                **No. CIV 17-0264 GBW/LAM**

**BOARD OF DIRECTORS of the**
**SOUTHWEST SOLID WASTE AUTHORITY,**

    **Defendant.**

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES

At the Rule 16 scheduling conference held on April 12, 2017, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan [*Doc. 7*], filed March 29, 2017, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**